In the Matter of the Accounting of BROOKLYN TRUST COMPANY, as Temporary Administrator of the Estate of CLAUDE C. PINNEY, Deceased, and of BROOKLYN TRUST COMPANY et al., as Executors of CLAUDE C. PINNEY, Deceased, Respondents; KATHERINE C. PINNEY, Appellant.

Argued April 13, 1938; decided May 17, 1938.

*Nathan L. Miller, Edward J. Bennett* and *Selig Edelman* for appellant.

*Walter R. Herrick* for Charles H. George, respondent.

*John G. Saxe, Francis L. Durk* and *John H. Johnson* for Brooklyn Trust Company, respondent.

Order affirmed, with costs payable out of the estate; no opinion. (See 278 N. Y. 704.)

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.